# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSARIO ALSONSO, | CASE NO. CV F 11-1693 LJO DLB |
| Plaintiff, | **ORDER TO DISMISS DEFENDANT** |
| vs. | (Doc. 6.) |
| BLACKSTONE FINANCIAL GROUP, et al., | |
| Defendants. | |

Based on the plaintiff's notice of voluntary dismissal under F.R.Civ.P. 41(a)(1)(A)(i), this Court DISMISSES this action without prejudice as to defendant Steven Darwin only.  The clerk is directed NOT to close this action.

IT IS SO ORDERED.

**Dated:   November 8, 2011**                    /s/ Lawrence J. O'Neill
                                                              UNITED STATES DISTRICT JUDGE

1