IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSARIO ALONSO, | CASE NO. CV F 11-1693 LJO DLB |
| Plaintiff, | **ORDER ON STIPULATION TO CONTINUE TRIAL** |
| vs. | (Doc. 15.) |
| BLACKSTONE FINANCIAL GROUP, LLC, et al., | |
| Defendants. | |

The parties stipulate to move the May 21, 2013 trial to September 17, 2013.

This Court carries the highest caseload of any district judge in the nation. This Court's trial calendar is heavily impacted. Only this action is set for trial on May 21, 2013, and the chances of the trial proceeding are good. Multiple trials are set on September 17, 2013, and the chances of trial proceeding on that date are poor. This action will receive no priority setting after giving up a firm date.

As such, this Court ORDERS the parties, no later than December 21, 2013, to file papers to inform this Court whether they still wish to continue trial to September 17, 2013.

Moreover, due to its heavy caseload, limited resources, and the need to prioritize criminal and older civil matters over more recently filed actions, this Court ADMONISHES the parties that it is unable to commit to address this action to meet the parties' needs and expectations. As such, this Court urges the parties to consider the conduct of all further proceedings by a U.S. Magistrate Judge, whose

1  caseload and availability is more accommodating to the parties.  Forms to consent to a U.S. Magistrate
2  Judge are available on this Court's website.
3      IT IS SO ORDERED.
4  **Dated:   December 17, 2012**                         **/s/ Lawrence J. O'Neill**
                                                                  UNITED STATES DISTRICT JUDGE