William M. Krieg, SBN 066485
Eric M. Kapigian, SBN 066485
KEMNITZER, BARRON & KRIEG, LLP
2014 Tulare Street, Suite 700
Fresno, CA 93721
Telephone: (559) 441-7485
Facsimile: (559) 441-7488
Email: Bill@kbklegal.com

F. John Gist, SBN 171824
F. John Gist Law Offices
5151 N. Palm Ave., Ste. 820
Fresno, CA 93704
Telephone: (559) 222-7372

Attorneys for Plaintiff ROSARIO ALONSO

Michael I. Goode, SBN 76568
15615 Alton Parkway, Suite 460
Irvine, CA 92615
Telephone: (949) 450-1770
Facsimile: (949) 271-6314

Attorneys for Defendant BLACKSTONE FINANCIAL GROUP, LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSARIO ALONSO,<br><br>          Plaintiff,<br><br>     v.<br><br>BLACKSTONE FINANCIAL GROUP, LLC,<br><br>          Defendants. | Case No.:  1:11-CV-01693-SAB<br><br>ORDER TO CONTINUE MOTION FOR SUMMARY JUDGMENT, MOTION FOR SUMMARY ADJUDICATION OF FIRST AMENDED COMPLAINT, AND MOTION FOR DISMISSAL OF PLAINTIFF'S FIRST AMENDED COMPLAINT<br><br>DATE: June 19, 2013<br>TIME: 9:30 a.m.<br>CTRM: 9<br>JUDGE: Stanley Boone |

     IT IS HEREBY STIPULATED by and between the parties hereto and their respective counsel, and respectfully request this court to continue the hearings on Defendant Blackstone Financial Group, LLC's Motion for Summary Adjudication of Issues as to Plaintiff's First Amended Complaint, Defendant Jason Elsen's Motion for Summary Judgment of First Amended

Complaint, and Defendant Jason Elsen's Motion for Dismissal of Plaintiff's First Amended Complaint from **June 19, 2013 to July 24, 2013** at 9:30 a.m. in Department 9. All oppositions and replies shall correspond with the new hearing date.

    IT IS FURTHER AGREED that this Stipulation may be executed by duplicate or facsimile copies in place of original signatures

Dated: May 30, 2013       KEMNITZER, BARRON & KRIEG, LLP

/s/ William M. Krieg, Esq.

By: _____

WILLIAM M. KRIEG,
Attorney for Plaintiff Rosario Alonso

/s/ Michael I. Goode, Esq.

Dated: May 30, 2013       By: _____

MICHAEL I. GOODE,
Attorney for Defendant Blackstone Financial Group, LLC and Jason Elsen

IT IS SO ORDERED.

**Dated: May 30, 2013**       _____
                                               UNITED STATES MAGISTRATE JUDGE