# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSARIO ALONSO, | Case No. 1:11-cv-01693-SAB |
| Plaintiff, | ORDER REQUIRING PARTIES TO MEET AND CONFER AND PROVIDE A JOINT STATEMENT OF UNDISPUTED FACTS |
| v. | |
| BLACKSTONE FINANCIAL GROUP. LLC, et al., | (ECF Nos. 43, 44, 51, 52) |
| Defendants. | |

The complaint in this action was filed on October 10, 2011. Plaintiff filed a first amended complaint on February 26, 2013. On May 20, 2013, Defendant Blackstone Financial Group and Elsen filed separate motions for summary judgment.

In the scheduling order issued April 18, 2012 and the amended scheduling order issued March 7, 2013, the parties were advised that prior to filing a motion for summary judgment they were to meet and confer. The orders require the moving party to file a joint statement of undisputed facts with the motion for summary judgment. The moving party is required to certify that the parties have met and conferred as set forth in the order or set forth a statement of good cause for the failure to meet and confer. (Scheduling Order 4:6-17, ECF No. 13; Am. Scheduling Order 4:19-5:2.)

The Court has reviewed the moving papers and Defendant has not certified that the parties

1

1  have met and conferred prior to bringing the motions for summary judgment, nor has a joint
2  statement of undisputed facts been submitted.
3      IT IS HEREBY ORDERED that the parties shall certify that they have met and conferred
4  as required by the scheduling order and shall file a joint statement of undisputed facts by 4:00
5  p.m. on Friday, July 19, 2013.  Should the parties fail comply with this order, the hearing date on
6  the motions for summary judgment shall be vacated and a status conference set.

IT IS SO ORDERED.

   Dated:   **July 15, 2013**　　　　　　　　　／s／ *Barbara A. McAuliffe*
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE