UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSARIO ALONSO, | Case No.: 1:11-cv-01693-SAB |
| Plaintiff, | ORDER GRANTING PLAINTIFF'S REQUEST TO SEAL DOCUMENTS |
| v. | |
| BLACKSTONE FINANCIAL GROUP, LLC, et al., | |
| Defendants. | |

The court finds good cause exists to protect the information contained in the documents subject to this Order, which outweighs the right of public access to the records, and Plaintiff's Request to Seal Documents is HEREBY GRANTED.

The clerk is directed to file under seal and seal unredacted Defendant BLACKSTONE FINANCIAL GROUP, LLC's 2011 Balance Sheet and 2012 Profit and Loss Statement (3 pages).

Neither the Order itself, the register of actions, nor any other records relating to the case are to be sealed. No person other than the court and the attorneys for Plaintiff ROSARIO ALONSO and Defendants BLACKSTONE FINANCIAL GROUP, LLC and JASON ELSEN are authorized to inspect the sealed record.

IT IS SO ORDERED.

Dated: **July 22, 2013**

UNITED STATES MAGISTRATE JUDGE