# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSARIO ALONSO, | Case No. 1:11-cv-01693-SAB |
| Plaintiff, | ORDER REQUIRING PLAINTIFF TO FILE A RESPONSE TO DEFENDANTS' REQUEST FOR MODIFICATION OF THE PRETRIAL ORDER |
| v. | |
| BLACKSTONE FINANCIAL GROUP. LLC, et al., | (ECF No. 77) |
| Defendants. | |

This action is set for trial on November 13, 2013, and on October 7, 2013, the pretrial order issued. (ECF No. 75.) On October 15, 2013, Defendants filed a request for modification of the pretrial order to amend their exhibit list. (ECF No. 77.)

Pursuant to the pretrial order, "[n]o exhibit, other than those listed . . . may be admitted unless the parties stipulate or upon a showing that this order should be modified to prevent 'manifest injustice.' " (Pretrial Order 9:26-28, ECF No. 75.) Defendants' request does not set forth that the parties have stipulated to the modification of the exhibit list or show any manifest injustice that would result from the failure to include these exhibits.

///

///

///

1

Accordingly, IT IS HEREBY ORDERED that Plaintiff shall file an opposition or statement of non-opposition to Defendants' request on or before October 17, 2013.

IT IS SO ORDERED.

Dated:  **October 16, 2013**

UNITED STATES MAGISTRATE JUDGE