# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSARIO ALONSO,<br><br>                    Plaintiff,<br><br>        v.<br><br>BLACKSTONE FINANCIAL GROUP. LLC, et al.,<br><br>                    Defendants. | Case No.  1:11-cv-01693-SAB<br><br>ORDER REQUIRING DEFENDANTS TO FILE A RESPONSE TO PLAINTIFF'S REQUEST FOR MODIFICATION OF THE PRETRIAL ORDER<br><br>(ECF No. 82) |

This action is set for trial on November 13, 2013, and on October 7, 2013, the pretrial order issued. (ECF No. 75.) On October 23, 2013, Plaintiff filed a request for modification of the pretrial order to amend her exhibit list. (ECF No. 82.) Local Rule 230(b) requires the opposing party to file an opposition, if any, or statement of non-opposition.

Accordingly, IT IS HEREBY ORDERED that Defendants shall file an opposition or statement of non-opposition to Plaintiff's request on or before October 29, 2013.

IT IS SO ORDERED.

Dated:  **October 28, 2013**

_____
UNITED STATES MAGISTRATE JUDGE

1