# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSARIO ALONSO,<br><br>           Plaintiff,<br><br>     v.<br><br>BLACKSTONE FINANCIAL GROUP. LLC, et al.,<br><br>           Defendants. | Case No.  1:11-cv-01693-SAB<br><br>ORDER GRANTING PLAINTIFF'S REQUEST FOR MODIFICATION OF THE PRETRIAL ORDER<br><br>(ECF No. 82, 84) |

This action is set for a bench trial before the undersigned on November 13, 2013. The pretrial order issued on October 7, 2013. Following Defendants filing a request to modify the pretrial order, on October 18, 2013, the Court issued an order amending the pretrial order. On October 23, 2013, Plaintiff filed a request for modification of the pretrial order. Defendants filed a statement of non-opposition on October 29, 2013.

Plaintiff seeks to modify the pretrial order to include lawsuits filed against Defendant Blackstone to their exhibit list.  Defendants do not object to the requested modification.

///
///
///
///

1

Accordingly, Plaintiff's request to amend the exhibit list is HEREBY GRANTED and Plaintiff's exhibit list is amended to add the lawsuits filed against Defendant Blackstone.

IT IS SO ORDERED.

Dated:  **October 30, 2013**

UNITED STATES MAGISTRATE JUDGE