# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSARIO ALONSO, | Case No. 1:11-cv-01693-SAB |
| Plaintiff, | |
| v. | ORDER VACATING MOTION IN LIMINE HEARING |
| BLACKSTONE FINANCIAL GROUP. LLC, et al., | |
| Defendants. | |

This action is set for a bench trial on November 13, 2013. Pursuant to the pretrial order, motions in limine were to be filed no later than October 16, 2013, and the hearing on the motions in limine is set for November 6, 2013. Since the parties did not file motions in limine prior to the established deadline, the motion in limine hearing set for November 16, 2013 at 10:00 a.m. in Courtroom 9 is HEREBY VACATED. The parties are to contact Courtroom Clerk Mamie Hernandez at (559) 499-5672 if the need for a hearing arises prior to the date set for trial.

IT IS SO ORDERED.

Dated:   **October 30, 2013**

UNITED STATES MAGISTRATE JUDGE

1