*UNITED STATES DISTRICT COURT*

*EASTERN DISTRICT OF CALIFORNIA*

```
ROSARIO ALONSO,

          Plaintiff,
                                    JUDGMENT IN A CIVIL ACTION
vs.
                                    1:11-cv-001693-SAB

BLACKSTONE FINANCIAL GROUP, LLC
and JASON ELSEN,

          Defendants.
_____/
```

Judgment is entered in this action in favor of Plaintiff Rosario Alonso and against Defendants Blackstone Financial Group, LLC and Jason Elsen on Plaintiff's claims for violation of the FDCPA and RFDCPA. Plaintiff is awarded $4,800.00 in damages according to the Memorandum of Decision filed on December 20, 2013.

```
DATED: December 20, 2013                      MARIANNE MATHERLY, Clerk


                                                /s/ RENEE GAUMNITZ
                                           By:  Renee Gaumnitz,
                                                Deputy Clerk
```