1  MICHAEL I. GOODE, SBN 76568
   Attorney at Law
2  15615 Alton Parkway, Suite 450
   Irvine, CA 92615
3  (949)450-1770 (V)
   (949)271-6314 (F)
4  Attorney for Defendant BLACKTONE FINANCIAL GROUP LLC.

UNITED STATES DISTRICT COURT

FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSARIO ALONSO, | CASE NO: 1:11-CV-01693-LJO-DLB |
| Plaintiff | ORDER TO CONTINUE PLAINTIFF ROSARIO ALONSO'S MOTION FOR ATTORNEY'S FEES AND COSTS |
| vs. | |
| BLACKSTONE FINANCIAL GROUP, LLC; STEVEN DARWIN and DOES 1-20 | DATE: February 26, 2014<br>TIME: 10:00 a.m.<br>DEPT: 9 |
| Defendants. | JUDGE: Honorable Stanley A. Boone |

Having reviewed the Stipulation to Continue the Motion for Attorney's Fees and Costs of Plaintiff ROSARIO ALONSO, this Court orders that the Motion of Plaintiff ROSARIO ALONSO for Attorney's Fees and Costs be continued from February 19, 2014 at 10:00 a.m. in Court Room 9, before the Honorable Stanley A. Boone to February 26, 2014 at 10:00 a.m., before the Honorable Stanley A. Boone.

IT IS SO ORDERED:

Dated: **Jan 28, 2014**

_/s/ Stanley A. Boone_
HONORABLE STANLEY A. BOONE,
Magistrate Judge

---

3
STIPULATION TO CONTINUE PLAINTIFF ROSARIO ALONSO'S MOTION
FOR ATTORNEY'S FEES AND COSTS AND ORDER THEREON