# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSARIO ALONSO,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>BLACKSTONE FINANCIAL GROUP. LLC, and JASON ELSEN,<br><br>　　　　　Defendants. | Case No. 1:11-cv-01693-SAB<br><br>ORDER VACATING FEBRUARY 26, 2014 HEARING |

Following a bench trial in this action, a memorandum of decision issued on December 20, 2013. On January 17, 2014, Plaintiff Alonso, filed a motion for attorney fees. Defendants filed an opposition on February 12, 2014, and Plaintiff filed a reply on Febraury 19, 2014.

The Court, having reviewed the record, finds this matter suitable for decision without oral argument. See Local Rule 230(g). Accordingly, the previously scheduled hearing set on February 26, 2014, at 10:00 a.m. is HEREBY VACATED and the parties will not be required to appear at that time.

IT IS SO ORDERED.

Dated:   **February 24, 2014**　　　　　　　　　　　　　　　
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1