# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSARIO ALONSO, | Case No. 1:11-cv-01693-SAB |
| Plaintiff, | ORDER DIRECTING PARTIES TO NOTIFY COURT |
| v. | |
| BLACKSTONE FINANCIAL GROUP. LLC, et al., | |
| Defendants. | |

The Court is purging files and is in the possession of deposition transcripts submitted during the pendency of this action. If the parties desire to have the deposition transcripts returned, they shall contact the Court by May 22, 2015 to make such arrangements. If the parties do not notify the Court of their intent to retrieve the deposition transcripts by May 22, 2015, they will be destroyed.

IT IS SO ORDERED.

Dated: **May 15, 2015**

UNITED STATES MAGISTRATE JUDGE